FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN ASKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAVALRY INVESTMENTS, LLC, and SUTTELL, HAMMER & WHITE, P.S.,<br><br>    Defendants. | NO. 2:16-CV-00282-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 17. The parties stipulate and request the Court dismiss this matter with prejudice and without an award of fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

    Accordingly, **IT IS HEREBY ORDERED:**

    1. The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 17, is **ACCEPTED and ENTERED into the record**.

    2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

    3. Any pending motions are **dismissed as moot**.

//

//

//

**ORDER DISMISSING CASE \* 1**

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 10th day of July 2020.



_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** * 2